UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


LAURA HARRY                                    CIVIL ACTION


VERSUS                                         NO: 03-2096


WYETH, INC.                                    SECTION: R(5)

## ORDER

Before the Court is defendant Wyeth, Inc.'s motion to stay the proceedings in this case,[1] which as been remanded from the federal multi-district litigation (MDL) *In re Prempro Products Liability Litigation*, Civ. A. No. 03-1507 (E.D. Ark.), pending the MDL court's ruling on the admissibility of the MDL plaintiffs' causation expert testimony in cases where a plaintiff's breast cancer has tested positive for the HER2 protein.  Because plaintiff has joined in the motion,[2] and because a stay will promote judicial economy and reduce the potential for conflicts across similar cases, the Court GRANTS Wyeth's motion.


New Orleans, Louisiana, this 12th day of April, 2011.


_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE


---

[1]     (R. Doc. 16.)

[2]     (R. Doc. 18.)